UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:13-CR-00056 |
| v. | ) | |
| | ) | Magistrate Judge Griffin |
| DEWAYNE DONTON WILSON | ) | |
| a/k/a "WAYNE" | ) | |

MOTION TO UNSEAL THE INDICTMENT

Comes now the United States and requests the indictment in this case be unsealed as to all the defendants. Defendant Wilson has now been arrested.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

*s/ Scarlett M. Singleton*
SCARLETT M. SINGELTON
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

GRANTED:

JULIET E. GRIFFIN
UNITED STATES MAGISTRATE JUDGE