ORDER:
Motion granted.
John Bryant,
USMJ

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket: 3:12-CR-00056 |
| v. | |
| DWAYNE DONTON WILSON | |

## MOTION FOR ORDER DIRECTING UNITED STATES MARSHAL SERVICE TO FURNISH MR. WILSON WITH SUBSISTENCE AND TRANSPORTATION TO FT. LAUDERDALE, FLORIDA

Defendant Dwayne Wilson, by and through undersigned counsel, respectfully moves this Honorable Court to order the United States Marshal Service to furnish Mr. Wilson with subsistence and transportation to Ft. Lauderdale, Florida. Mr. Wilson was released pending trial at his Detention Hearing today and is without sufficient funds to provide for transportation.

Respectfully submitted,

/s/ Jennifer Lynn Thompson
Jennifer Lynn Thompson, Tenn. BPR 18250
Attorney for Idris Fahra
715 Crescent Road
Nashville, TN 37205
(615) 320-4344 office
nashvilleattorney@gmail.com